1057235

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RECEIVED
UNITED STATES MARSHAL
05 AUG 19 AM 9: 55

EASTERN DISTRICT
OF CALIFORNIA

**UNITED STATES OF AMERICA**

v.

**STEVE RUBLE**

**WARRANT FOR ARREST**

CASE NUMBER:

2:05-MJ 00236 DAD

YOU ARE HEREBY COMMANDED to arrest **STEVE RUBLE**

and bring him or her forthwith to the nearest magistrate to answer a(n)

___ Indictment    ___ Information    _X_ Complaint    ___ Order of court    ___ Violation Notice

**FILED**

charging him or her with (brief description of offenses)

**DISTRIBUTION OF METHAMPHETAMINE**

in violation of Title 21, United States Code, Section(s) 841(a)(1)

AUG 3 1 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

HONORABLE DALE A. DROZD
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

_Dale A. Drozd_
Signature of Issuing Officer

AUGUST 19, 2005
Date and Location

Bail fixed at $ No Bail Pending Hearing by HONORABLE DALE A. DROZD
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 08/29/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 08/29/05 | Nick Gonzalves | [signature] |